[No. 40342-1-II.  Division Two.  March 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. VANESSA RENEE RAWLINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03508-7, Lisa R. Worswick, J., entered January 12, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Johanson, JJ.

[No. 40345-5-II.  Division Two.  March 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. K.B., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-8-01459-8, Sergio Armijo, J., entered January 25, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worwick, A.C.J., and Johanson, J.

[No. 40619-5-II.  Division Two.  March 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. A.J.H., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-8-00028-1, David L. Edwards, J., entered April 9, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 40630-6-II.  Division Two.  March 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL A. AVILA III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-05182-0, Susan Serko, J., entered April 23, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.